IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMIE LEE COX,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:23-cv-43-CWB |
| **KILOLO KIJAKAZI,** Acting Commissioner of Social Security, | ) ) ) ) ) |
| Defendant. | ) ) |

## FINAL ORDER AND JUDGMENT

Upon consideration of the Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. 405(g) With Remand to the Defendant (Doc. 17), it is hereby **ORDERED** that the motion is **GRANTED**.  The Commissioner's underlying decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Specifically, the Commissioner shall instruct the Administrative Law Judge to take any further action needed to complete the administrative record, offer the claimant an opportunity for a hearing, and issue a new decision.  The Clerk of Court is **DIRECTED** to close this file.

**DONE** this the 20th day of June 2023.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**